**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-mj-00759-NJK |
| ) | |
| vs. ) | ORDER EXTENDING STAY, |
| ) | REMANDING DEFENDANT TO |
| JESSIE RICARDO VERDUGO, ) | CUSTODY OF U.S. MARSHALS, |
| ) | AND TRANSFERRING DEFENDANT |
| Defendant. ) | TO DISTRICT OF MARYLAND |

On August 25, 2015, Defendant was indicted and charged in the District of Maryland with Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, in violation of Title 21, United States Code, Sections 841 and 846. Docket No. 1. On October 5, 2015, this Court ordered Defendant released on conditions pending trial. Docket No. 2. At the request of the United States, the Court stayed its release order until October 6, 2015, at 10:00 a.m., to allow the United States to appeal this Court's Order.

On October 6, 2015, the United States filed an appeal of this Court's release order, which is pending before United States District Judge Richard D. Bennett. *See* Case No. RDB-15-0463, District of Maryland.

. . . .

. . . .

. . . .

. . . ..

Accordingly,

**IT IS ORDERED** that the stay of this Court's release order is extended pending Judge Bennett's determination of the United States' appeal.

**IT IS FURTHER ORDERED** that Defendant is remanded to the custody of the United States Marshal and **ORDERED** transferred to the District of Maryland.

**IT IS FURTHER ORDERED** that a status hearing is set for October 20, 2015, in LV Courtroom 3B, to ensure that Defendant has been or is about to be transferred to the District of Maryland.

IT IS SO ORDERED.

DATED: October 6, 2015.

NANCY J. KOPPE
United States Magistrate Judge